■ KENNETH COOPERSTEIN et al., Appellants, v JOSEPH HEIL et al., Respondents.

Lazer, J. P., Gibbons, Thompson and Niehoff, JJ., concur.